UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Virgilio Miclat;<br><br>        Plaintiff,<br><br>  v.<br><br>R.M. Galicia, Inc. dba Progressive Management Systems; and Sharp Chula Vista Medical Center;<br><br>        Defendants. | Case No. 17-cv-0673-DMS-RBB<br><br>**Order Dismissing Case** |

Plaintiff Virgilio Miclat and defendants Sharp Chula Vista Medical Center and R.M. Galicia, Inc. dba Progressive Management Systems have filed a joint motion to dismiss plaintiff's complaint, with prejudice. Based on the joint motion and good cause appearing therefore, the court hereby orders that the complaint is dismissed, with prejudice.

Dated:  July 21, 2017

                                            Hon. Dana M. Sabraw
                                            United States District Judge